```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                              Case No. 14-01854-JJT
Norman E Rehrig, Jr
Patricia A. Rehrig                                                                  Chapter 13
         Debtors                           CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling              Page 1 of 3              Date Rcvd: May 23, 2017
                              Form ID: 3180W               Total Noticed: 109


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db/jdb         +Norman E Rehrig, Jr,    Patricia A. Rehrig,    53 Buch Avenue,    Lancaster, PA 17601-3738
cr             +Blue Mountain Health System, f/k/a Gnaden Huetten,    c/o Scott R. Lipson, Esquire,
                 1611 Pond Road, Suite 300,    Allentown, PA 18104-2258
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
4504417        +Blue Mountain Health System, f/k/a,    Gnaden Huetten Memorial Hospital,
                 c/o Scott R. Lipson, Esquire,    1611 Pond Road, Suite 300,    Allentown, PA 18104-2258
4478864         CMS Medical Care Corp,    PO Box 251,    Jim Thorpe, PA 18229-0251
4478861        +Capital One Financial Inc,    PO Box 5895,    Carol Stream, IL 60197-5895
4478862         Cardiology Assoc & Diag Ctr.,    1605 N. Cedar Crest Blvd. Ste 110B,    Allentown, PA 18104-2351
4478863         Care Payment Customer Service,    530 Meadows Rd., Ste 400,    Lake Oswego, OR 97035
4478866        +Complete Collection Service,    1007 N. Federal Hwy. #280,    Ft. Lauderdale, FL 33304-1422
4478867        +Computer Credit, Inc.,    Claim Dept. 007450,    640 W 4th St, POB 5238,
                 Winston-Salem, NC 27113-5238
4478873        +Curascript, Inc.,    23857 Network Place,    Chicago, IL 60673-1238
4478874        +David P. Russo, MD, LLC,    PO Box 1498,    Kingston, PA 18704-0498
4697589         ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
4697590         ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,    PO BOX 16408,
                 ST. PAUL, MN 55116-0408
4478875        +Easton Hospital,    250 South 21st,    Easton, PA 18042-3892
4478876         Emergency Phys-Central FL,    PO Box 628296,    Orlando, FL 32862-8296
4478877        +Exxon Mobil,    PO Box 6404,    Sioux Falls, SD 57117-6404
4478882         Foundation Radiology,    75 Remittance Drive #3310,    Chicago, IL 60675-1001
4478888        +Gnaden Huetten Hospital,    211 N. Twelfth St.,    Lehighton, PA 18235-1195
4478890        +Home Depot Credit Services,    PO Box 790328,    St. Louis, MO 63179-0328
4478896        +KML Law Group,    Ste 5000 BNY Mellon Ind Ctr,    701 Market St,    Philadelphia, PA 19106-1538
4478897        +KML/Alyk L. Oflazian, Esq,    Ste 5000 BNY Mellon Ind Ctr,    701 Market St,
                 Philadelphia, PA 19106-1538
4478895         Keystone Credit Services, LLC,    PO Box 218,    Leola, PA 17540-0218
4478898         Kost - CFNA,    PO Box 81315,    Cleveland, OH 44181-0315
4478899        +Lehigh Valley Physician Grp,    PO Box 1754,    Allentown, PA 18105-1754
4478900        +Lehighton Ambulance,    PO Box 82,    516 Iron St,    Lehighton, PA 18235-1913
4503332         M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
4478903        +M&T Bank, Inst. Loan Operations,    One Fountain Plaza,    PO Box 4005,    Buffalo, NY 14240-4005
4478906        +Messerli & Kramer PA,    3033 Campus Drive Ste 250,    Plymouth, MN 55441-2662
4478907        +Michael Thiel Debski, Esq.,    PO Box 47718,    Jacksonville, FL 32247-7718
4478908         Monarch Recovery Manage,    10965 Decatur Road,    Philadelphia, PA 19154-3210
4478910         My Family Doctor,    Route 209 & Weir Lake Rd,    Brodheadsville, PA 18322
4507627        +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
4478911        +National Recovery Agency,    2491 Paxton St.,    Harrisburg, PA 17111-1036
4493035        +Navient Solutions, Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
4478913        +Northland Group,    PO Box 390905,    Mail Code CBK2,    Minneapolis, MN 55439-0905
4478915        +Orlando Health,    1414 Kuhl Ave. MP #21,    Orlando, FL 32806-2093
4478924         PPL,    827 Hausman Road,    Allentown, PA 18104-9392
4478918         Penn Credit Corp,    PO Box 988,    Harrisburg, PA 17108-0988
4478920        +Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
4478919        +Penn Medicine,    1500 Market St. UM600,    Philadelphia, PA 19102-2157
4478921         Peter F. Rovito, MD,    842 N. 19th St.,    Allentown, PA 18104-4039
4478922        +Pocono Medical Center,    206 East Brown Street,    East Stroudsburg, PA 18301-3094
4478923         Powell Rogers & Speaks,    PO Box 930,    Halifax, PA 17032-0930
4478925        +Professional Acc Serv,    PO Box 188,    Brentwood, TN 37024-0188
4478927         Professional Anesthesia Svc,    PO Box 62219,    Baltimore, MD 21264-2219
4478926        +Professional Anesthesia Svc,    PO Box 4640,    Rutherford, NJ 07070-0464
4478928         Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
4478931         RMB, Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
4478930        +Richard J. Boudreau & Assoc,    5 Industrial Way,    Salem, NH 03079-4866
4478932        +Rubin & Debski PA,    Attorneys and Counselors,    PO Box 47718,    Jacksonville, FL 32247-7718
4478933        +Rural/Metro of Florida,    PO Box 3495,    Toledo, OH 43607-0495
4478935         Sears - HSBC Card Services,    PO Box 379,    Wood Dale, IL 60191-0379
4478937         Sunoco, Inc.,    PO box 6407,    Sioux Falls, SD 57117-6407
4478940        +Valley Kidney Specialists,    2014 City Line Rd. Ste 300,    Bethlehem, PA 18017-2190

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4503532        +E-mail/Text: bncmail@w-legal.com May 23 2017 18:53:06      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4478851        +EDI: ALLIANCEONE.COM May 23 2017 18:48:00      Alliance One Receivables,
                 4850 Street Road Su 300,    Trevose, PA 19053-6643
4478852         EDI: RMSC.COM May 23 2017 18:48:00      Amazon GE Capital Retail Bank,    PO Box 965016,
                 Orlando, FL 32896-5015
4478854         EDI: BANKAMER.COM May 23 2017 18:48:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998-2235
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4478853        +EDI: BANKAMER.COM May 23 2017 18:48:00      Bank of America,   Customer Service,   PO Box 5170,
                 Simi Valley, CA 93062-5170
4478855        +EDI: TSYS2.COM May 23 2017 18:48:00      Barclays Bank Delaware,   PO Box 8803,
                 Wilmington, DE 19899-8803
4478856         EDI: WFNNB.COM May 23 2017 18:48:00      Bon Ton,   Comenity Bank,   PO Box 182782,
                 Columbus, OH 43218-2782
4509510        +E-mail/Text: bncmail@w-legal.com May 23 2017 18:53:06      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4478857        +EDI: CAPITALONE.COM May 23 2017 18:48:00      Capital One,   Bankruptcy Dept.,
                 6125 Lakeview Rd., Ste 800,   Charlotte, NC 28269-2605
4478859        +EDI: CAPITALONE.COM May 23 2017 18:48:00      Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
4478858         EDI: CAPITALONE.COM May 23 2017 18:48:00      Capital One,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
4478860         EDI: CAPITALONE.COM May 23 2017 18:48:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
4505057         EDI: CAPITALONE.COM May 23 2017 18:48:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
4478865         EDI: WFNNB.COM May 23 2017 18:48:00      Comenity Bank,   Bankruptcy Department,   PO Box 182125,
                 Columbus, OH 43218-2125
4478868        +EDI: CCS.COM May 23 2017 18:48:00      Credit Collection Services,   Two Wells Avenue,
                 Newton, MA 02459-3246
4478869        +E-mail/Text: kzoepfel@credit-control.com May 23 2017 18:53:05      Credit Control, LLC,
                 5757 Phantom Dr Su 330,   Hazelwood, MO 63042-2429
4507653        +EDI: CRFRSTNA.COM May 23 2017 18:48:00      Credit First NA,   Po Box 818011,
                 Cleveland, OH 44181-8011
4478870         EDI: CRFRSTNA.COM May 23 2017 18:48:00      Credit First National Association,
                 BK-11/ Customer Service,   P.O. Box 81315,   Cleveland, OH 44181-0315
4478871        +EDI: RCSFNBMARIN.COM May 23 2017 18:48:00      Credit One Bank, N.A.,   PO Box 98872,
                 Las Vegas, NV 89193-8872
4478872         EDI: RCSFNBMARIN.COM May 23 2017 18:48:00      CreditOne Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
4478878        +EDI: CITICORP.COM May 23 2017 18:48:00      Exxon/Mobil/CBNA,   Citibank Cd Unit,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
4478879         EDI: CRFRSTNA.COM May 23 2017 18:48:00      Firestone,   PO Box 81307, Bk 14,
                 Cleveland, OH 44181-0307
4478880        +EDI: AMINFOFP.COM May 23 2017 18:48:00      First Premier,   3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
4478881         EDI: AMINFOFP.COM May 23 2017 18:48:00      First Premier Bank,   PO Box 5524,
                 Sioux Falls, SD 57117-5524
4478884        +EDI: RMSC.COM May 23 2017 18:48:00      GE Capital Retail Bank,   Bankruptcy Dept.,
                 PO Box 103104,   Roswell, GA 30076-9104
4478885        +EDI: RMSC.COM May 23 2017 18:48:00      GE Capital Retail Bank,   Bankruptcy Dept.,
                 PO Box 103106,   Roswell, GA 30076-9106
4478886         EDI: RMSC.COM May 23 2017 18:48:00      GECRB/Amazon,   PO Box 965015,   Orlando, FL 32896-5015
4478887         EDI: RMSC.COM May 23 2017 18:48:00      GECRB/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
4478891        +EDI: HFC.COM May 23 2017 18:48:00      HSBC - Correspondence,   26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
4478892         EDI: HFC.COM May 23 2017 18:48:00      HSBC Card Services,   PO Box 81622,
                 Salinas, CA 93912-1622
4478893         EDI: IRS.COM May 23 2017 18:48:00      Internal Revenue Service,   Centralized Insolvency Op,
                 PO Box 21126,   Philadelphia, PA 19114-0326
4478894        +EDI: TSYS2.COM May 23 2017 18:48:00      Juniper Bank,   Card Services,   PO Box 13337,
                 Philadelphia, PA 19101-3337
4532352         EDI: RESURGENT.COM May 23 2017 18:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
4478901         EDI: RMSC.COM May 23 2017 18:48:00      Lowe’s,   GE Capital Retail Bank,   PO Box 965003,
                 Orlando, FL 32896-5003
4478902         E-mail/Text: camanagement@mtb.com May 23 2017 18:52:57      M&T Bank,   PO Box 900,
                 Millsboro, DE 19966
4530479         EDI: MERRICKBANK.COM May 23 2017 18:48:00      MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
4478905        +EDI: MERRICKBANK.COM May 23 2017 18:48:00      Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
4478904        +EDI: MERRICKBANK.COM May 23 2017 18:48:00      Merrick Bank,   PO Box 1500,
                 Draper, UT 84020-1500
4530461        +EDI: RESURGENT.COM May 23 2017 18:48:00      Ocala Regional Medical C,
                 Resurgent Capital Services,   PO Box 1927,   Greenville, SC 29602-1927
4478914        +EDI: HCA2.COM May 23 2017 18:48:00      Ocala Regional Medical Center,   PO Box 99400,
                 Louisville, KY 40269-0400
4478917        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2017 18:52:59      PA Department of Revenue,
                 Dept 280406,   Harrisburg, PA 17128-0001
4521501         EDI: PRA.COM May 23 2017 18:48:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
4572755         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2017 18:52:59
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
```

```
District/off: 0314-5          User: JGoodling          Page 3 of 3          Date Rcvd: May 23, 2017
                              Form ID: 3180W           Total Noticed: 109
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4485578        EDI: Q3G.COM May 23 2017 18:48:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
4501719        EDI: Q3G.COM May 23 2017 18:48:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
4478929       +EDI: RESURGENT.COM May 23 2017 18:48:00      Resurgent Capital Services,
                15 S. Main St., Ste 700,    Greenville, SC 29601-2793
4478934        EDI: NAVIENTFKASMSERV.COM May 23 2017 18:48:00      Sallie Mae Servicing,   PO Box 9500,
                Wilkes-Barre, PA 18773-9500
4478936        EDI: CITICORP.COM May 23 2017 18:48:00      Sunoco Citibank,   PO Box 6497,
                Sioux Falls, SD 57117-6497
4478938        EDI: CITICORP.COM May 23 2017 18:48:00      THD/CBNA,   PO Box 6497,
                Sioux Falls, SD 57117-6497
4478939       +EDI: URSI.COM May 23 2017 18:48:00      United Recovery Systems,   5800 North Course Dr,
                Houston, TX 77072-1613
4478941       +EDI: RMSC.COM May 23 2017 18:48:00      Wal Mart,   GE Capital Retail Bank,   PO Box 965022,
                Orlando, FL 32896-5022
4478942       +EDI: RMSC.COM May 23 2017 18:48:00      Wal Mart,   GE Capital Retail Bank,   PO Box 965023,
                Orlando, FL 32896-5023
4478943       +EDI: RMSC.COM May 23 2017 18:48:00      Wal Mart,   GE Capital Retail Bank,   PO Box 965024,
                Orlando, FL 32896-5024
4478944        E-mail/Text: BKRMailOps@weltman.com May 23 2017 18:53:05      Weltman, Weinberg & Reis Co., LPA,
                323 W. Lakeside Ave. Ste 200,   Cleveland, OH 44113-1009
                                                                                              TOTAL: 54

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
4478912*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,     Po Box 619096,    Dallas, TX  75261-9741)
4478883        ##+GC Services,    PO Box 3724,    Knoxville, TN 37927-3724
4478889        ##+Heart Care of the Poconos, PC,    505 Independence Rd. #B,    East Stroudsburg, PA 18301-7916
4478909        ##+MSW Capital, LLC,    26 Cannon Court,    Basking Ridge, NJ 07920-3842
4478916        ##+Otorhinolaryngology Associates,    217 Franklin Ave., Ste 5,    Palmerton, PA 18071-1521
                                                                                 TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John  DiBernardino    on behalf of Joint Debtor Patricia A. Rehrig diberlaw@ptd.net
              John  DiBernardino    on behalf of Debtor Norman E Rehrig, Jr diberlaw@ptd.net
              Joshua I Goldman    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Scott R Lipson    on behalf of Creditor    Blue Mountain Health System, f/k/a Gnaden Huetten
               Memorial Hospital slipson@thslaw.com, dbarton@thslaw.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage, LLC. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Norman E Rehrig Jr** | Social Security number or ITIN  xxx–xx–0745 |
| | First Name    Middle Name    Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | **Patricia A. Rehrig** | Social Security number or ITIN  xxx–xx–3926 |
| | First Name    Middle Name    Last Name | EIN  __–_____ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:14–bk–01854–JJT** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Norman E Rehrig Jr
aka Norman Elwood Rehrig Jr

Patricia A. Rehrig
aka Patricia Ann Rehrig, aka Patricia A VanWhy

**By the court:**  _[signature]_

May 23, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: JGoodling, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              Chapter 13 Discharge                              page 1

Case 5:14-bk-01854-JJT    Doc 37    Filed 05/25/17    Entered 05/26/17 00:51:01    Desc
                      Imaged Certificate of Notice    Page 4 of 5

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**