```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                          Case No. 14-01854-JJT
Norman E Rehrig, Jr                                             Chapter 13
Patricia A. Rehrig
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: JGoodling          Page 1 of 1          Date Rcvd: Aug 15, 2017
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2017.
db/jdb         +Norman E Rehrig, Jr,    Patricia A. Rehrig,    53 Buch Avenue,    Lancaster, PA 17601-3738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              John  DiBernardino    on behalf of Joint Debtor Patricia A. Rehrig diberlaw@ptd.net
              John  DiBernardino    on behalf of Debtor Norman E Rehrig, Jr diberlaw@ptd.net
              Joshua I Goldman    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Scott R Lipson    on behalf of Creditor   Blue Mountain Health System, f/k/a Gnaden Huetten
               Memorial Hospital slipson@thslaw.com, dbarton@thslaw.com
              Thomas I Puleo    on behalf of Creditor   Nationstar Mortgage, LLC. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Norman E Rehrig Jr  
aka Norman Elwood Rehrig Jr  
53 Buch Avenue  
Lancaster, PA 17601

Chapter 13  
Case No. 5:14−bk−01854−JJT

Patricia A. Rehrig  
aka Patricia Ann Rehrig, aka Patricia A VanWhy  
53 Buch Avenue  
Lancaster, PA 17601

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−0745  
xxx−xx−3926

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 15, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: JGoodling, Deputy Clerk